
MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
MATTHEW D. WHITTAKER
Nevada Bar No. 13281
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:  mbrooks@klnevada.com
         mwhittaker@klnevada.com

Attorneys for Defendant
SCHLOMO SCHMUEL, incorrectly named as
Samuel Schlomo

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| ROBERT FORD, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, SAMUEL SCHLOMO, <br><br> Defendants. | CASE NO. 2:19-cv-01188-JAD-EJY <br><br> **STIPULATION AND ORDER TO DISMISS THE CASE WITH PREJUDICE** <br><br> ECF Nos. 7, 8, 9, 14, 15 |

Pursuant to FRCP 41(a)(2) and LR 7-1, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, ROBERT FORD and Defendant, SCHLOMO SCHMUEL, incorrectly named as Samuel Schlomo (collectively, the "Parties"), through their undersigned counsel, as follows:

1. The Parties agree to an immediate dismissal, with prejudice, the above-captioned matter in its entirety;

2. The Parties to bear their own costs and attorneys' fees.

///

Dated this 23 day of August, 2019.    Dated this 23 day of August, 2019.

KOLESAR & LEATHAM

_____
ROBERT FORD
2799 E. Tropicana Avenue, #H
Las Vegas, Nevada 89145

*Plaintiff Pro Se*

By_____
MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
MATTHEW D. WHITTAKER, ESQ.
Nevada Bar No. 013281
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendant
SCHLOMO SCHMUEL, incorrectly named as
Samuel Schlomo

## ORDER

Based on the parties' stipulation **[ECF No. 15]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF Nos. 7, 8, 9, 14]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 25, 2019

---

*Robert Ford v. United States of America, et al.*/Case No. 2:19-cv-01188-JAD-EJY
Stipulation and Order to Dismiss the Case With Prejudice

3209939 (002) (10228-2)                Page 2 of 2

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472